Marine Midland Trust Company of Binghamton, as Trustee of the Byron Stanford Trust, Respondent, *v.* Margaret E. Stanford, Individually and as Administratrix of the Estate of Byron Stanford, Deceased, Appellant, and William B. Stanford et al., Respondents, Impleaded with Others.

Argued October 9, 1939; decided October 30, 1939.

*James J. McNaughton* and *Anthony J. LaBelle* for appellant.

*Neil G. Harrison* for plaintiff, respondent.

*Herbert H. Ray*, guardian *ad litem* for infants, defendants, respondents.

*John A. Slade* for William B. Stanford et al., defendants; respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.